1  Raffi Kassabian (SBN 260358)
   Email: rkassabian@reedsmith.com
2  Reed Smith LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Matthew S. Vesterdahl (SBN 279769)
   Email: mvesterdahl@reedsmith.com
6  Reed Smith LLP
   101 Second Street, Suite 1800
7  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
8  Facsimile: +1 415 391 8269

9  Attorneys for Defendants
   Bank of America, N.A., successor by merger to
10 LaSalle Bank, N.A., as Trustee for Washington
   Mutual Mortgage Pass-Through Certificates,
11 WMALT Series 2007-OA3 Trust (erroneously
   sued as "Bank of America, N.A. as successor in
12 interest to LaSalle Bank, N.A. as trustee for
   Washington Mutual Mortgage Pass-Through
13 Certificates, WAMU Series 2007-OA3 Trust");
   and Mortgage Electronic Registration Systems,
14 Inc.

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | DAVID G. VELEZ,                                    | No.: 5:13-cv-02834-PSG
18 |                  Plaintiff,                        | **JOINT STIPULATION TO POSTPONE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**
19 |          vs.                                       |
20 | BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WAMU SERIES 2007-OA3TRUST, JP MORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., individually; DOES 1-100, inclusive, | Compl. Filed:    June 20, 2013

Honorable Paul S. Grewel
                    Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff David G. Velez ("Plaintiff") and Defendants Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby enter into this stipulation to postpone the deadline for Defendants to respond to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff filed a Complaint in this Action on June 20, 2012.

WHEREAS, Defendants' were personally served with the Summons and Complaint on June 25, 2013, making their responsive pleading due July 16, 2013.

WHEREAS, Plaintiff granted Defendants a less than 15 day extension to respond to the Complaint, making their responsive pleading due on July 30, 2013.

THEREFORE, based on the foregoing, the parties agree through their respective attorneys that:

1. Defendants' deadline to respond to Plaintiff's Complaint shall be July 30, 2013.

**SO STIPULATED:**

DATED: July 16, 2013     MICHAEL YESK

By:   */s/ Michael Yesk*
Michael Yesk (SBN 130056)
Attorney for Plaintiff
David G. Velez

DATED: July 16, 2013     REED SMITH LLP

By:   */s/ Matthew S. Vesterdahl*
Matthew Vesterdahl (SBN 279769)
Attorneys for Defendants
Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously

– 1 –

sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc.

In compliance with General Order 45, X.B., I hereby attest that Michael Yesk has concurred in this filing. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2013, in San Francisco, California.

      */s/ Matthew S. Vesterdahl*
      Matthew S. Vesterdahl

– 2 –
JOINT STIPULATION TO POSTPONE DEADLINE FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT

1 **ORDER**

2  According to the joint stipulation above, the deadline for Defendants' to file a responsive
3 pleading to Plaintiff's Complaint shall be no later than 4:30 p.m. on July 30, 2013.

5 **IT IS SO ORDERED.**

7 DATED: July 17, 2013

_____
Honorable Paul S. Grewal
Magistrate Judge
United States District Court