Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Matthew S. Vesterdahl (SBN 279769)
Email: mvesterdahl@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VELEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WAMU SERIES 2007-OA3TRUST, JP MORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., individually; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | No.: 5:13-cv-02834-PSG<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING; [PROPOSED] ORDER**<br><br>Date:　　　　October 1, 2013<br>Time:　　　　10:00 a.m.<br>Place:　　　　Courtroom 5 – 4th Floor<br>Compl. Filed:　June 20, 2013<br><br>Honorable Paul S. Grewal |

Defendants Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") hereby request that their counsel of record, Matthew S. Vesterdahl, be permitted to appear by telephone at the hearing on Defendants' Motion to Dismiss set for October 1, 2013 at 10:00 a.m. in Courtroom 5 before the Honorable Paul S. Grewal.

This request is made on the following grounds:

1. Defendants' counsel is located in San Francisco, California, approximately one hour away from the Court.

2. A telephonic appearance will save fees and costs.

DATED:  September 19, 2013    REED SMITH LLP

By:  */s/ Matthew S. Vesterdahl*
Matthew Vesterdahl (SBN 279769)
Attorneys for Defendants
Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc.

– 1 –

**ORDER**

IT IS HEREBY ORDERED that Defendants Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3 Trust (erroneously sued as "Bank of America, N.A. as successor in interest to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates, WAMU Series 2007-OA3 Trust"); and Mortgage Electronic Registration Systems, Inc.'s (collectively, "Defendants") counsel may appear by telephone at the hearing on Defendants' Motion to Dismiss, scheduled for October 1, 2013 at 10:00 a.m. in Courtroom 5 of the United States District Court Northern District of California.  Counsel shall contact Court Call in advance of the Motion to Dismiss hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  September 23, 2013

Honorable Paul S. Grewal
United States District Court