Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VELEZ, | Case No : 5:13-cv-02834-PSG |
| Plaintiff, | **PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT HEARING; (Proposed) ORDER** |
| vs. | |
| BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3 TRUST; JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., individually; DOES 1 – 100, inclusive, | Date: November 19, 2013<br>Time: 10:00 a.m.<br>Ctrm: 5, 4th Floor<br><br>Hon. Paul S. Grewal |
| Defendants. | |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear telephonically at the Case Management Conference set for November 19, 2013, at 10:00am in Courtroom 5 of the above-entitled Court.

Grounds for the request are as follows:

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

For the foregoing reasons, Plaintiff requests permission to appear by telephone.

DATED: November 1, 2013

_____
Michael Yesk
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: 11/4/2013    
_____
UNITED STATES MAGISTRATE

```
Counsel is instructed to contact CourtCall at 866-582-6878 to
arrange for telephonic appearance.
```

PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT THE CASE MANAGEMENT HEARING; (Proposed) ORDER

- 2 -