```
1  JULIE A. KOLE, CASB No. 203681
   HELEN D. HSUEH, CASB No. 264745
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California  94133
4  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
5
   Attorneys for Defendants
6  JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VELEZ, | Case No. CV13-02834 PSG |
| Plaintiff, | **JPMORGAN CHASE BANK, N.A. AND CALIFORNIA RECONVEYANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE; [~~PROPOSED~~] ORDER** |
| vs. | |
| BANK OF AMERICA, N.A. AS SUCCESSOR IN INTEREST TO LASALLE BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WAMU SERIES 2007-OA3 TRUST; JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., individually; DOES 1 - 100, inclusive, | Judge: Magistrate Paul Singh Grewal |
| | Date Action Filed: June 20, 2013 |
| | Date:   November 19, 2013 |
| | Time:   10:00 a.m. |
| | Place:  Courtroom 5 |
| Defendants. | |

Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY (collectively, "Defendants") hereby request that their counsel of record, Helen D. Hsueh, be permitted to appear by telephone at the Initial Case Management Conference on November 19, 2013 at 10:00 a.m. in Courtroom 5 before the Honorable Paul Grewal.

This request is made on the following grounds:

1. Defendants' counsel is located in San Francisco, California, approximately one hour away from the Court.

1  2. A telephonic appearance will save fees and costs.

2  For the foregoing reasons, Defendants request permission to appear by telephone.

3

DATED: November 4, 2013  /s/ Helen D. Hsueh
4  JULIE A. KOLE
   HELEN D. HSUEH
5  KEESAL, YOUNG & LOGAN
   Attorneys for Defendants
6  JPMORGAN CHASE BANK, N.A. and CALIFORNIA
   RECONVEYANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -  KYL_SF618361

DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER - Case No. CV13-02834 PSG

# **ORDER**

IT IS HEREBY ORDERED that Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY's counsel of record, Helen D. Hsueh, may appear by telephone at the Initial Case Management Conference scheduled for November 19, 2013 at 10:00 a.m. in Courtroom 5 of the United States District Court for the Northern District of California. Counsel shall contact Court Call in advance of the Initial Case Management Conference to arrange for the telephonic appearance.

DATED: 11/5/2013

HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE