MICHAEL YESK (STATE BAR NO. 130056)
YESK LAW
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
Telephone: (925) 849-5525
Facsimile:  (925) 334-5316
m.yesklaw@gmail.com

Attorneys for Plaintiff
DAVID G. VELEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VELEZ,<br><br>      Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA, N.A. AS<br>SUCCESSOR IN INTEREST TO LASALLE<br>BANK, N.A. AS TRUSTEE FOR<br>WASHINGTON MUTUAL MORTGAGE<br>PASS-THROUGH CERTIFICATES,<br>WMALT SERIES 2007-OA3 TRUST; JP<br>MORGAN CHASE BANK, N.A.;<br>CALIFORNIA RECONVEYANCE<br>COMPANY, MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>individually; DOES 1 – 100, inclusive,<br><br>      Defendants. | Case No. 5:13-cv-02834-PSG<br><br>[PROPOSED] ORDER RE:<br>STIPULATION TO EXTEND TIME TO<br>RESPOND AND REPLY TO<br>DEFENDANTS' MOTION TO DISMISS<br><br>Hearing Date: April 1, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 5 |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  February 18, 2014

_Paul S. Grewal_
Magistrate Judge Paul S. Grewal
Judge of the United States District Court