United States District Court
For the Northern District of California

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11  DAVID G. VELEZ,                    )   Case No. 5:13-cv-02834-PSG
                                       )
12                  Plaintiff,         )   **JUDGMENT**
          v.                           )
13                                     )
    BANK OF AMERICA, N.A., *et al*,    )
14                                     )
                    Defendants.        )
15                                     )
                                       )
16  _____)

17        The court has granted Defendants' motions to dismiss and denied Plaintiff Velez leave to

18  amend.  The Clerk shall close the file.

19  **IT IS SO ORDERED.**

20  Dated: April 11, 2014

21                                         _____
22                                         PAUL S. GREWAL
                                           United States Magistrate Judge
23
24
25
26
27
28

                              1
Case No. 5:13-cv-02834-PSG
JUDGMENT