UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID G. VELEZ,

        Plaintiff,

    v.

BANK OF AMERICA , N.A., et al.,

        Defendants.

Case No. 13-cv-02834-EDL

**ORDER VACATING CASE MANAGEMENT CONFERENCE; REQUIRING BRIEFS**

The case management conference currently set for July 6, 2016 is hereby vacated. The parties shall file the briefs on the impact of Yvanova that they previously submitted to the Ninth Circuit with this Court within one week of the date of this Order.  Pursuant to the Ninth Circuit's May 20, 2016 Order and subsequent Mandate, the Court will reconsider the previous order dismissing the case with prejudice in light of the California Supreme Court's decision in Yvanova v. New Cent. Mort. Corp., 62 Cal. 4th 919 (Feb. 18, 2016).  No discovery shall commence until after the Court's ruling on that issue.

     **IT IS SO ORDERED.**

Dated: June 30, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge