UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VELEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA , N.A., et al.,<br><br>        Defendants. | Case No. 13-cv-02834-EDL<br><br>**JUDGMENT** |

On September 28, 2016, the Court issued an order following reversal and remand from the Ninth Circuit in which it dismissed the case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 29, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge